

ENTERED
12/16/2009

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

IN RE:     *
    *
JOJAC/SEJAC, Ltd     *
    *     **BANKRUPTCY CASE NUMBER**
    (Debtor),     *     **99-33313**

#504

### ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Peggy C. McFerron in the amount of One Thousand and no/100 ($1,000.00) Dollars was not charged against the bank account of the debtor within the 90 day limit and an unclaimed money report was entered on October 6, 2009 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Peggy C. McFerron is now claiming the above monies in the Notice of Change of Address hereto

It is ORDERED that the Clerk of the U. S. Bankruptcy Court pay said sum of $1,000.00 to Peggy C. McFerron at the following address:

P. O. Box 91
Waymart Pennsylvania 18472

Dated: DEC 1 6 2009

UNITED STATES BANKRUPTCY JUDGE

Unclaimed.fds
06/23/98