

**ENTERED**
12/17/2009

**UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS**

IN RE:                                    *
                                          *
JOJAC/SEJAC, Ltd                          *
                                          *       **BANKRUPTCY CASE NUMBER**
                        **(Debtor),**     *              **99-33313**
                                          *
                                              # 502

### ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Peggy C. McFerron in the amount of

Three Thousand Nine Hundred Eighty and 63/100 ($3,980.63) Dollars was not charged

against the bank account of the debtor within the 90 day limit and an unclaimed money report

was entered on October 6, 2009 to close the account and transfer the monies into the Registry

of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Peggy C. McFerron is now claiming the above monies in the

Notice of Change of Address hereto,

It is ORDERED that the Clerk of the U. S. Bankruptcy Court pay said sum of

$3,980.63 to Peggy C. McFerron at the following address:

**P. O. Box 91**
**Waymart Pennsylvania 18472**

DEC 1 7 2009

Dated:_____

**UNITED STATES BANKRUPTCY JUDGE**

**Unclaimed.fds**
**06/23/98**